UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 6, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| SHERWOOD RUSSELL and | : | VIOLATIONS: |
| LOUNIA FOWLER, | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| Defendants. | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | |
| | : | D.C. Code § 22-4504(a)(1) (2001 ed.) |
| | : | (Carrying a Pistol without a License (Outside |
| | : | Home or Place of Business)) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d), |
| | : | 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about May 4, 2025, within the District of Columbia, **SHERWOOD RUSSELL,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Case Numbers 2010-CF2-022458 and 2010-CF2-022486, and in the Circuit Court for Prince George's County, Maryland, Case Number CT062098X, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 23 .40 caliber pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 26 rounds of .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about May 4, 2025, within the District of Columbia, **LOUNIA FOWLER**, did carry, openly and concealed on or about her person, in a place other than her dwelling place, place of business or on other land possessed by her, a Glock 23 .40 caliber pistol, without licenses issued pursuant to law.

**(Carrying a Pistol without a License (Outside Home or Place of Business)**, in violation of Title 22 D.C. Code, Section 4504(a)(1) (2001 ed.))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock 23 .40 caliber pistol and .40 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO  
United States Attorney

*Gauri Gopal*

_____  
GAURI GOPAL  
Assistant United States Attorney

A TRUE BILL:


FOREPERSON.