AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11838740

**RECEIVED**
By USMS District of Columbia District Court at 5:09 pm, Jul 25, 20[]

United States of America
v.
LOUNIA FOWLER

)
)
)
)
)

Case: 1:25-cr-00210
Assigned To: Judge Cooper, Christopher R.
Assign Date: 7/25/2025
Description: INDICTMENT (B)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LOUNIA FOWLER   ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
22 D.C. Code, Section 4504(a)(1) (2001 ed.)
(Carrying a Pistol Without a License (Outside Home or Place of Business))

Date: 07/25/2025

*Issuing officer's signature*

City and state:   Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/25/25, and the person was arrested on *(date)* 08/01/2025
at *(city and state)* Washington D.C.

Date: 08/01/25

*Arresting officer's signature*

K. McBride
*Printed name and title*